UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

### Clerk's Minutes

### Before the Honorable James O. Browning

| | |
|---|---|
| **CASE NO.** CIV 09-631 JB/CEG | **DATE:** August 30, 2010 |
| **TITLE:** *West v. NM Tax. & Rev. Dept., et al.* | |
| **COURTROOM CLERK:** K'Aun Wild | **COURT REPORTER:** Danna Everett |
| **COURT IN SESSION:** 9:07 a.m.<br>10:47 a.m. | **COURT IN RECESS:** 10:31 a.m. = 1:24<br>12:00 p.m. = 1:13<br>**TOTAL = 2:37** |

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULINGS/DISPOSITION:**
1. Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment [64] - **TO BE WITHDRAWN**
2. Motion to Accept Appendix as Timely Filed [91] - **GRANTED**
3. Motion to Substitute Signed Affidavit [92] - **GRANTED**
4. Motion for Summary Judgment [54] - **TAKEN UNDER ADVISEMENT**
5. Plaintiff's Motion for Summary Judgment [56] - **TAKEN UNDER ADVISEMENT**
6. Plaintiff's Amended Motion for Summary Judgment Amended Motion [sic] [87] - **TAKEN UNDER ADVISEMENT**
5. Plaintiff's Amended Motion for Summary Judgment and Supporting Memorandum Appendix [90] - **TAKEN UNDER ADVISEMENT**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Paul Gayle-Smith | Paula Maynes |

**PROCEEDINGS:**

**Court in Session: 9:07 a.m.**

**Court:** Calls case. Counsel enter appearances.

**Court:** Discloses knowledge of/relationship with Holman business and Rick Holman, as well as Paul Baca and Betty Lanphere.

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [64]

**Court:** Understands from CRD Defendant's motion to strike will be withdrawn?

**Ms. Maynes:** Correct.

**Court:** Requests written notice re: same.

**Ms. Maynes:** Will provide.

### MOTION TO ACCEPT APPENDIX AS TIMELY FILED [91] & MOTION TO SUBSTITUTE SIGNED AFFIDAVIT [92]

**Court:** Further understands from CRD that motion to accept appendix as timely and motion to substitute signed affidavit are unopposed?

**Ms. Maynes:** Correct.

**Court:** Grants.

### MOTION FOR SUMMARY JUDGMENT [54]
### &
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [56]
### &
### PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT AMENDED MOTION [SIC] [87]
### &
### PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM APPENDIX [90]

**Court:** Suggests MSJ's can be argued together, as appear to be cross-motions.

**9:11 a.m. Ms. Maynes:** Indicates that approach is acceptable and argues in support of Defendants' motion. Reminds Court that the negligent supervision claim has been withdrawn.

**9:44 a.m. Mr. Gayle-Smith:** Argues in opposition to Defendants' motion and in support of Plaintiff's motions. Submits Defendants did not move for SJ on hostile work environment claim.

**Court in recess: 10:31 a.m.**

**Court in session: 10:47 a.m.**

**Mr. Gayle-Smith:** Continues arguing in opposition to Defendant's motion and in support of Plaintiff's motions.

**11:19 a.m. Ms. Maynes:** Argues in reply in further support of Defendants' motion and in opposition to Plaintiff's motions.

**11:36 a.m. Mr. Gayle-Smith:** Argues in reply in further support of Plaintiff's motions. Asks if need to submit additional briefing on hostile work environment claim?

**Court:** If have something further to say on the issue and parties cannot agree on how to go

about doing that should call CRD for Court to work out.

**Mr. Gayle-Smith:**  Will wait to hear from Court as to whether is needed.

**Court:**  Will work to get decision out by 9/24, which is deadline for Plaintiff to provide PTO to Defendants.  Anything further?

Counsel indicate there is nothing.

**Court in recess:  12:00 p.m.**