

# MILLER STRATVERT
## LAW OFFICES

| | | | | |
|---|---|---|---|---|
| Stephen M. Williams | Thomas R. Mack | Todd A. Schwarz | Stephen B. Waller | 200 West DeVargas., Suite 9 |
| Stephan M. Vidmar | James J. Widland | Robert H. Clark | Joshua L. Smith | Santa Fe, NM  87501 |
| Seth V. Bingham | Bradley D. Tepper | Richard L. Alvidrez | William T. Denning | |
| James B. Collins | James R. Wood | Kelsey D. Green | Aimee Martuccio Whitsell | Mailing Address: |
| Timothy R. Briggs | Kirk R. Allen | Matthew S. Rappaport | | P.O. Box 1986 |
| Rudolph Lucero | H. Brook Laskey | Charlotte Lamont | Of Counsel | Santa Fe, NM  87504-1986 |
| Deborah A. Solove | Paula G. Maynes | Brian J. Haverly | Ranne B. Miller | |
| Lawrence R. White | M. Dylan O'Reilly | Nate A. Cobb | William K. Stratvert | Telephone:  (505) 989-9614 |
| Virginia Anderman | Jennifer D. Hall | Shona Zimmerman-Burnett | Galen M. Buller | Facsimile:  (505) 989-9857 |

September 7, 2010

Honorable James O. Browning
U.S. District Judge
Pete V. Domenici
United States Courthouse
333 Lomas Blvd., Ste. 660
Albuquerque, NM  87102

Re: *Ulrike M. West v. NM Taxation & Revenue Department and Phillip Salazar*
Case No. CV-~~2009-834~~   09cv631 JB/CEG
RMD No. 09-00416

Dear Judge Browning:

At the motion hearing held on August 30, 2010, you inquired of Defendant New Mexico Taxation and Revenue Department whether former Secretary Rick Homans has any relationship to an office supply business in Albuquerque. In fact, the office supply business was Holman's Office Supply. There is no relationship between Rick Homans and Holman's Office Supply.

Sincerely,

Paula G. Maynes

PGM/mvm
cc:  Carolyn Wolf, Esq.
     Paul Gayle-Smith, Esq.

\\Prolaw\ProClient\006352-041732\Correspondence\781921.doc

A PROFESSIONAL ASSOCIATION

| ALBUQUERQUE | FARMINGTON | LAS CRUCES | SANTA FE |
|---|---|---|---|
| (505) 842-1950 | (505) 326-4521 | (575) 523-2481 | (505) 989-9614 |

9/14/10