## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ULRIKE M. WEST,

      Plaintiff,

vs.                                                                      No. CIV 09-0631 JB/CEG

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT and PHILLIP SALAZAR,

      Defendants.

### ORDER

      **THIS MATTER** comes before the Court on the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and Supporting Memorandum, filed April 9, 2010 (Doc. 64). The Court held a hearing on August 30, 2010. At the hearing, the Defendants withdrew the motion. The Court will therefore deny the motion at moot.

      **IT IS ORDERED** the Court on the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment and Supporting Memorandum, filed April 9, 2010 (Doc. 64) is denied as moot.

                        _____

                        UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Michael Gayle-Smith
Law Office of Paul M. Gayle-Smith
Las Cruces, New Mexico

      *Attorney for the Plaintiff*

Paula Grace Maynes
James R. Wood
Miller & Stratvert P.A.
Santa Fe, New Mexico

*Attorneys for the Defendants*