IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ULRIKE M. WEST,

      Plaintiff,

vs.                                      No. CIV 09-0631 JB/CEG

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT and PHILLIP SALAZAR,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Accept Appendix as Timely Filed, filed July 8, 2010 (Doc. 91). The Court held a hearing on August 30, 2010. At the hearing, the parties represented the motion is unopposed. The Court finds it should grant the motion.

**IT IS ORDERED** the Plaintiff's Motion to Accept Appendix as Timely Filed, filed July 8, 2010 (Doc. 91) is granted.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Michael Gayle-Smith
Law Office of Paul M. Gayle-Smith
Las Cruces, New Mexico

      *Attorney for the Plaintiff*

Paula Grace Maynes
James R. Wood
Miller & Stratvert P.A.
Santa Fe, New Mexico

    *Attorneys for the Defendants*