# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ULRIKE M. WEST,

    Plaintiff,

vs.                                                                                    No. CIV 09-0631 JB/CG

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT and PHILLIP SALAZAR,

    Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Defendants' Motion for Summary Judgment, filed March 26, 2010 (Doc. 54); (ii) the Plaintiff's Motion for Summary Judgment and Supporting Memorandum, filed March 26, 2010 (Doc. 56); (iii) the Plaintiff's Amended Motion for Summary Judgment Amended Motion [sic], filed June 30, 2010 (Doc. 87); and (iv) the Court's Memorandum Opinion and Order, filed October 31, 2010 (Doc. 114), which granted the Defendant's Motion for Summary Judgment in part, dismissing with prejudice all of Plaintiff Ulrike West's federal-law claims and remanding the remaining state-law claims to the Third Judicial District Court, Dona Ana County, State of New Mexico. Because the Memorandum Opinion and Order resolves all matters before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that judgment is entered for Defendants New Mexico Taxation and Revenue Department and Phillip Salazar, and against Plaintiff Ulrike West on all of West's federal claims. West's federal claims against the Defendant are dismissed with prejudice, and her remaining state-law claims and the case are remanded to the Third Judicial District Court, Dona Ana County, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Michael Gayle-Smith
Law Office of Paul M. Gayle-Smith
Las Cruces, New Mexico

 *Attorney for the Plaintiff*

Paula Grace Maynes
James R. Wood
Miller & Stratvert P.A.
Santa Fe, New Mexico

 *Attorneys for the Defendants*